IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBIN LOUISE FULTZ,** : | **CIVIL NO. 1:14-CV-0427** |
| **Plaintiff** : | |
| v.  : | **(Judge Rambo)** |
| **CAROLYN W. COLVIN,** : | **(Magistrate Judge Cohn)** |
| **Acting Commissioner of Social Security,** : | |
| **Defendant** : | |

# O R D E R

AND NOW, this 21st day of April, 2015, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Cohn (Doc. 20).

2) The appeal by Plaintiff of the decision of the Acting Commissioner of Social Security is **DENIED**.

3) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge